| | |
|---|---|
| 1 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>LANE J. ASHLEY, SB# 073296<br>  E-Mail: ashley@lbbslaw.com<br>JANELLE F. GARCHIE, SB# 118453<br>  E-Mail: jgarchie@lbbslaw.com<br>550 West "C" Street, Suite 800<br>San Diego, CA 92101-3540<br>Telephone: (619) 233-1006<br>Facsimile: (619) 233-8627 |

FILED
08 AUG 18 PM 4:08
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECL  DEPUTY

Telephone: (213) 250-1800 (Lane Ashley)
Facsimile: (213) 250-7900 (Lane Ashley)

Attorneys for Defendants FEDERAL INSURANCE COMPANY and PACIFIC INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**08 CV 1516 JLS POR**

| | |
|---|---|
| WANDA PODGURSKI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, CHUBB GROUP, and PACIFIC INDEMNITY COMPANY,<br><br>　　　　Defendants. | SAN DIEGO SUPERIOR COURT CASE NO. 37-2008-00077065-CU-BC-CTL<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)**<br><br>The Hon. Judge<br>Dept.<br><br>ACTION FILED: January 30, 2008<br>TRIAL DATE:　Not Set |

| | |
|---|---|
| WANDA PODGURSKI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, CHUBB GROUP, and PACIFIC INDEMNITY COMPANY,<br><br>　　　　Defendants. | U.S. DISTRICT COURT CASE NO.<br><br>[To Be Assigned]<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** |

///

4845-5299-2258.1

-1-

NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1441(B) (DIVERSITY)

1  TO THE CLERK OF THE COURT:

2      PLEASE TAKE NOTICE THAT Defendants FEDERAL INSURANCE
3  COMPANY and PACIFIC INDEMNITY COMPANY, New Jersey corporations
4  doing business in California, hereby remove to this court the state court action
5  described below.

6      1.    On January 30, 2008, an action was commenced in the Superior Court
7  of the State of California in and for the County of San Diego, entitled *WANDA*
8  *PODGURSKI v. FEDERAL INSURANCE CO., CHUBB GROUP, and PACIFIC*
9  *INDEMNITY CO.* A copy of the complaint is attached hereto as Exhibit 1.

10      2.    The first date upon which defendants received a copy of the
11  complaint was July 30, 2008, when service of the complaint and summons was
12  effected. Copies of the summonses showing the proofs of service are attached
13  hereto as Exhibit 2.

14      3.    This action is a civil action of which this court has original
15  jurisdiction under 28 U.S.C. § 1332 and which may be removed to this court on
16  diversity of citizenship grounds as set forth in 28 U.S.C. § 1441 (a-b) in that it is a
17  civil action between citizens of different states and the matter in controversy
18  apparently exceeds the sum of $75,000, exclusive of interest and costs. Specifically,
19  plaintiff seeks statutory damages in excess of $300,000 according to the complaint.

20      4.    Defendants are informed and believe that plaintiff WANDA
21  PODGURSKI was, and still is, a citizen of the State of California.

22      5.    Defendant FEDERAL INSURANCE COMPANY was, at the time of
23  filing of the complaint, and still is a corporation incorporated in the State of
24  Indiana. Defendant PACIFIC INDEMNITY COMPANY was, at the time of filing
25  of the complaint, and still is a corporation incorporated in the State of Wisconsin.
26  / / /
27  / / /
28  / / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

6. Based on the foregoing, diversity is complete, and removal is appropriate.

DATED: August 18, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Janelle F. Garchie
Lane J. Ashley
Janelle F. Garchie
Attorney for Defendant FEDERAL INSURANCE COMPANY AND PACIFIC INDEMNITY COMPANY

**FEDERAL COURT PROOF OF SERVICE**
Podgurski v. Federal Insurance Company, et al. - File No. 8632-476

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West C Street, Suite 800, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 18, 2008, I served the following document(s):

1. **Civil Case Cover Sheet;**
2. **Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Diversity) with Exhibits A and B.**
3. **Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Darrell Palmer, Esq.
Attorney at Law 603
North Highway 101, Suite A
Solana Beach, CA 92075
Tel: 858-792-5600
Fax: 858-792-5655
Attorneys for Plaintiff

The documents were served by the following means:

X]  (BY MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service. (A proof of service executed by the messenger will be filed in compliance with the Code of Civil Procedure.)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 18, 2008, at San Diego, California.

_____
Jeanne P. Farrar

4848-1618-5602.1

# EXHIBIT 1

FILED
CIVIL BUSINESS OFFICE 9
CENTRAL DIVISION

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Wanda Podgurski<br>315 South Coast Highway 101 Ste. U #192<br>Encinitas, CA 92024<br>TELEPHONE NO: 760-944-9868   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: in propria persona | FOR COURT USE ONLY<br>2008 JAN 30 P 2:20<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego<br>STREET ADDRESS: 330 W. Broadway<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Diego, CA 92101<br>BRANCH NAME: Hall of Justice | |
| PLAINTIFF: Wanda Podgurski<br>DEFENDANT: Federal Insurance Co.; Pacific Indemnity Co. & Chubb Group<br>[✓] DOES 1 TO 50 | |
| CONTRACT<br>[✓] COMPLAINT  [ ] AMENDED COMPLAINT *(Number)*:<br>[ ] CROSS-COMPLAINT  [ ] AMENDED CROSS-COMPLAINT *(Number)*: | |
| Jurisdiction *(check all that apply)*:<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded [ ] does not exceed $10,000<br>                      [ ] exceeds $10,000 but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint<br>  [ ] from limited to unlimited<br>  [ ] from unlimited to limited | CASE NUMBER:<br>37-2008-00077005-CU-BC-CTL |

1. Plaintiff* *(name or names)*:
   Wanda Podgurski
   alleges causes of action against defendant* *(name or names)*:
   Federal Insurance Company; Pacific Indemnity Company and Chubb Group of Insurance Companies
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. a. Each plaintiff named above is a competent adult
   [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] other *(specify)*:

   b. [ ] Plaintiff *(name)*:
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify)*:

      b. [ ] has complied with all licensing requirements as a licensed *(specify)*:
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
   [✓] except defendant *(name)*: Federal Insurance Co.   [✓] except defendant *(name)*: Pacific Indemnity Co.
      (1) [✓] a business organization, form unknown        (1) [✓] a business organization, form unknown
      (2) [ ] a corporation                                 (2) [ ] a corporation
      (3) [ ] an unincorporated entity *(describe)*:        (3) [ ] an unincorporated entity *(describe)*:
      (4) [ ] a public entity *(describe)*:                 (4) [ ] a public entity *(describe)*:
      (5) [ ] other *(specify)*:                            (5) [ ] other *(specify)*:

\* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

COMPLAINT—Contract

Page 1 of 2

Code of Civil Procedure, § 425.12
American LegalNet, Inc.
www.FormsWorkflow.com

PLD-C-001

| SHORT TITLE: Podgurski v. Federal Ins. Co., et al. | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [✓] Doe defendants *(specify Doe numbers):* 1-25 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [✓] Doe defendants *(specify Doe numbers):* 26-50 _____ are persons whose capacities are unknown to plaintiff.
   c. [✓] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [ ] Plaintiff is required to comply with a claims statute, and
      a. [ ] has complied with applicable claims statutes, *or*
      b. [ ] is excused from complying because *(specify):*

6. [ ] This action is subject to   [ ] Civil Code section 1812.10   [ ] Civil Code section 2984.4.
7. This court is the proper court because
   a. [ ] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [✓] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [ ] other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   [✓] Breach of Contract
   [ ] Common Counts
   [✓] Other *(specify):*
       Bad Faith Denial of Insurance Claim

9. [ ] Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [✓] damages of: $ approximately $300,000
    b. [✓] interest on the damages
       (1) [✓] according to proof
       (2) [ ] at the rate of *(specify):*          percent per year from *(date):*
    c. [✓] attorney's fees
       (1) [ ] of: $
       (2) [✓] according to proof.
    d. [✓] other *(specify):*
       Emotional distress and other consequential damages due to bad faith denial of claim.

11. [✓] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*
    4

Date: 1-30-08

Wanda Podgurski                                              ▶ *(signed)* Wanda Podgurski
(TYPE OR PRINT NAME)                                             (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]            **COMPLAINT—Contract**                        Page 2 of 2

MC-025

| SHORT TITLE: Podgurski v. Federal Ins. Co., et al. | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): 4c          Page 3 of 5
(This Attachment may be used with any Judicial Council form.)          (Add pages as required)

Defendant Chubb Group of Insurance Companies is a business organization, form unknown.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT
to Judicial Council Form**

Page 1 of 1
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

|  |  |
|---|---|
| SHORT TITLE: Podgurski v. Federal Ins. Co. et al. | CASE NUMBER: |

PLD-C-001(1)

**First** _(number)_  **CAUSE OF ACTION—Breach of Contract**

ATTACHMENT TO  [✓] Complaint   [ ] Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

BC-1. Plaintiff _(name)_: Wanda Podgurski

alleges that on or about _(date)_: 6-26-04

a [✓] written  [ ] oral  [ ] other _(specify)_:

agreement was made between _(name parties to agreement)_:
Plaintiff and Defendants

[ ] A copy of the agreement is attached as Exhibit A, or
[✓] The essential terms of the agreement  [ ] are stated in Attachment BC-1  [✓] are as follows _(specify)_:

Defendants issued an Insurance Policy No. 1217894901 ("Policy") covering certain property including jewelry. That coverage included indemnity in the event of theft of the property.

BC-2. On or about _(dates)_: January 31, 2007
defendant breached the agreement by  [ ] the acts specified in Attachment BC-2  [✓] the following acts _(specify)_:

Failing to pay a covered claim for theft of property covered by the Policy.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4  [✓] as follows _(specify)_:

For the value of the property stolen according to proof plus interest--all currently estimated at approximately $300,000.

BC-5. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
         [ ] of $
         [ ] according to proof.
BC-6. [ ] Other:

Page 4

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Page 1 of 1
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001(2)

| SHORT TITLE: Podgurski v. Federal Ins. Co., et al. | CASE NUMBER: |

Second _____ CAUSE OF ACTION—General Negligence   Page __5__
       (number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Wanda Podgurski

alleges that defendant *(name):* Federal Insurance Co.; Pacific Indemnity Co. & Chubb Group

[✓] Does  1  to  50

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* January 31, 2007
at *(place):* San Diego County, California

*(description of reasons for liability):*

Defendants unreasonably and in bad faith denied Plaintiff's claim for the 6-20-05 loss by among other things, failing to properly investigate the claim and putting their interests ahead of Plaintiff's. As a proximate result, Plaintiff suffered consequential damages according to proof which include, but are not limited to, emotional distress, loss of use of property, attorneys fees and other costs pursuant to Brandt.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

FILED
CIVIL BUSINESS OFFICE 9
CENTRAL DIVISION

PLD-C-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
Wanda Podgurski
315 South Coast Highway 101 Ste. U #192
Encinitas, CA 92024

TELEPHONE NO: 760-944-9868   FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): in propria persona

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Hall of Justice

PLAINTIFF: Wanda Podgurski

DEFENDANT: Federal Insurance Co.; Pacific Indemnity Co. & Chubb Group

[✓] DOES 1 TO 50

CONTRACT
[✓] COMPLAINT      [ ] AMENDED COMPLAINT (Number):
[ ] CROSS-COMPLAINT  [ ] AMENDED CROSS-COMPLAINT (Number):

FOR COURT USE ONLY
2008 JAN 30 P 2:20
CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded [ ] does not exceed $10,000
                    [ ] exceeds $10,000 but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER: 37-2008-00077085-CU-BC-CTL

1. Plaintiff* (name or names):
   Wanda Podgurski
   alleges causes of action against defendant* (name or names):
   Federal Insurance Company; Pacific Indemnity Company and Chubb Group of Insurance Companies
2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. a. Each plaintiff named above is a competent adult
      [ ] except plaintiff (name):
          (1) [ ] a corporation qualified to do business in California
          (2) [ ] an unincorporated entity (describe):
          (3) [ ] other (specify):

   b. [ ] Plaintiff (name):
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      b. [ ] has complied with all licensing requirements as a licensed (specify):
   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.
4. a. Each defendant named above is a natural person
      [✓] except defendant (name): Federal Insurance Co.    [✓] except defendant (name): Pacific Indemnity Co.
          (1) [✓] a business organization, form unknown         (1) [✓] a business organization, form unknown
          (2) [ ] a corporation                                  (2) [ ] a corporation
          (3) [ ] an unincorporated entity (describe):           (3) [ ] an unincorporated entity (describe):
          (4) [ ] a public entity (describe):                    (4) [ ] a public entity (describe):
          (5) [ ] other (specify):                               (5) [ ] other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

COMPLAINT—Contract

Page 1 of 2
Code of Civil Procedure, § 425.12

American LegalNet, Inc.
www.FormsWorkflow.com

|  |  | PLD-C-001 |
|---|---|---|
| SHORT TITLE: Podgurski v. Federal Ins. Co., et al. |  | CASE NUMBER: |

4. (Continued)
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [✓] Doe defendants (specify Doe numbers): 1-25 _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [✓] Doe defendants (specify Doe numbers): 26-50 _____ are persons whose capacities are unknown to plaintiff.
   c. [✓] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are (names):

5. [ ] Plaintiff is required to comply with a claims statute, and
      a. [ ] has complied with applicable claims statutes, or
      b. [ ] is excused from complying because (specify):

6. [ ] This action is subject to   [ ] Civil Code section 1812.10   [ ] Civil Code section 2984.4.
7. This court is the proper court because
   a. [ ] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [✓] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [ ] other (specify):

8. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   [✓] Breach of Contract
   [ ] Common Counts
   [✓] Other (specify):
       Bad Faith Denial of Insurance Claim

9. [ ] Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [✓] damages of: $ approximately $300,000
    b. [✓] interest on the damages
       (1) [✓] according to proof
       (2) [ ] at the rate of (specify):        percent per year from (date):
    c. [✓] attorney's fees
       (1) [ ] of: $
       (2) [✓] according to proof.
    d. [✓] other (specify):
       Emotional distress and other consequential damages due to bad faith denial of claim.

11. [✓] The paragraphs of this pleading alleged on information and belief are as follows (specify paragraph numbers):
    4

Date: 1-30-08

Wanda Podgurski
(TYPE OR PRINT NAME)

▶ *Wanda Podgurski*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

(If you wish to verify this pleading, affix a verification.)

PLD-C-001 [Rev. January 1, 2007]             **COMPLAINT—Contract**                    Page 2 of 2

MC-025

| SHORT TITLE: Podgurski v. Federal Ins. Co., et al. | CASE NUMBER: |
|---|---|

ATTACHMENT (Number): 4c

Page 3 of 5

(This Attachment may be used with any Judicial Council form.)    (Add pages as required)

2. Defendant Chubb Group of Insurance Companies is a business organization, form unknown.

27. *(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT
to Judicial Council Form**

Page 1 of 1
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

|  |  | PLD-C-001(1) |
|---|---|---|
| SHORT TITLE: Podgurski v. Federal Ins. Co. et al. | CASE NUMBER: | |

First _____ **CAUSE OF ACTION—Breach of Contract**
(number)

ATTACHMENT TO  [✓] Complaint  [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name)*: Wanda Podgurski

alleges that on or about *(date)*: 6-26-04
a [✓] written  [ ] oral  [ ] other *(specify)*:
agreement was made between *(name parties to agreement)*:
Plaintiff and Defendants

[ ] A copy of the agreement is attached as Exhibit A, or
[✓] The essential terms of the agreement  [ ] are stated in Attachment BC-1  [✓] are as follows *(specify)*:

Defendants issued an Insurance Policy No. 1217894901 ("Policy") covering certain property including jewelry. That coverage included indemnity in the event of theft of the property.

BC-2. On or about *(dates)*: January 31, 2007
defendant breached the agreement by  [ ] the acts specified in Attachment BC-2  [✓] the following acts *(specify)*:

Failing to pay a covered claim for theft of property covered by the Policy.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4  [✓] as follows *(specify)*:

For the value of the property stolen according to proof plus interest--all currently estimated at approximately $300,000.

BC-5. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
       [ ] of $
       [ ] according to proof.
BC-6. [ ] Other:

Page 4

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

**CAUSE OF ACTION—Breach of Contract**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

|  | PLD-PI-001(2) |
|---|---|
| SHORT TITLE:<br>Podgurski v. Federal Ins. Co., et al. | CASE NUMBER: |

Second _____ CAUSE OF ACTION—General Negligence     Page __5__
(number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:  Wanda Podgurski

alleges that defendant *(name)*:  Federal Insurance Co.; Pacific Indemnity Co. & Chubb Group

[✓] Does  1  to  50

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: January 31, 2007
at *(place)*: San Diego County, California

*(description of reasons for liability):*

Defendants unreasonably and in bad faith denied Plaintiff's claim for the 6-20-05 loss by among other things, failing to properly investigate the claim and putting their interests ahead of Plaintiff's. As a proximate result, Plaintiff suffered consequential damages according to proof which include, but are not limited to, emotional distress, loss of use of property, attorneys fees and other costs pursuant to Brandt.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

# EXHIBIT 2

Case 3:08-cv-01516-BTM-POR    Document 1    Filed 08/18/2008    Page 17 of 20



POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> Darrell Palmer, 125147 <br> L/O OF DARRELL PALMER <br> 603 North Highway 101 Suite A <br> Solana Beach, CA 92075 <br> TELEPHONE NO.: (858) 792-5600 <br> ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY <br> CIVIL BUSINESS OFFICE <br> CENTRAL DIVISION <br> 2008 JUL 30 P 3:56 <br> CLERK SUPERIOR COURT <br> SAN DIEGO COUNTY, CA |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF <br> Superior Court of California, San Diego County <br> 330 W. Broadway <br> San Diego, CA 92101-3409 | |
| PLAINTIFF/PETITIONER: Podgurski | CASE NUMBER: <br> 37-2008-00077065-CU-BC-CTL |
| DEFENDANT/RESPONDENT: Federal Insurance Co., et al. | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No. <br> none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Complaint, Summons, Notice of Case Assignment, ADR Package

**BY FAX**

3. a. Party served: PACIFIC INDEMNITY CO.

   b. Person Served: CT CORPORATION-Margaret Wilson - Person authorized to accept service of process

4. Address where the party was served:  818 W 7TH STQ
   LOS ANGELES, CA 90017

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 7/18/2008    (2) at (time): 2:50 PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   PACIFIC INDEMNITY CO.

   under:    Other: Business Organization Form Unknown

7. Person who served papers
   a. Name:    Jimmy Lizama
   b. Address:    One Legal - 194-Marin
                  504 Redwood Blvd #223
                  Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $41.50
   e. I am:
      (3) registered California process server.
          (i) Employee or independent contractor.
          (ii) Registration No. 4553
          (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 7/30/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE)

BY FAX

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

OL# 6666648

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Darrell Palmer, 125147<br>L/O OF DARRELL PALMER<br>603 North Highway 101 Suite A<br>Solana Beach, CA 92075<br>TELEPHONE NO.: (858) 792-5600<br>ATTORNEY FOR (Name): Plaintiff | FILED<br>CIVIL BUSINESS OFFICE 7<br>CENTRAL DIVISION<br>2008 JUL 24 P 4:07<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
Superior Court of California, San Diego County
330 W. Broadway
San Diego, CA 92101-3409

PLAINTIFF/PETITIONER: Podgurski

DEFENDANT/RESPONDENT: Federal Insurance Co., et al.

**PROOF OF SERVICE OF SUMMONS**

CASE NUMBER: 00077065
37-2008-00077065-CU-BC-CTL

Ref. No. or File No.: none

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Complaint, Summons, Notice of Case Assignment, ADR Package
3. a. Party served: Federal Insurance Co.
   b. Person Served: CT Corporation-Margaret Wilson - Person authorized to accept service of process
4. Address where the party was served: 818 W Seventh St
   Los Angeles, CA 90017
5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): 7/18/2008    (2) at (time): 2:50 PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:
   c. on behalf of:

   Federal Insurance Co.

   under:    Other: Business Organization Form Unknown

7. Person who served papers
   a. Name:    Jimmy Lizama
   b. Address:    One Legal - 194-Marin
       504 Redwood Blvd #223
       Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $41.50
   e. I am:
       (3) registered California process server.
           (i) Employee or independent contractor.
           (ii) Registration No.: 4553
           (iii) County LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: 7/21/2008

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE)

BY FAX

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev Jan 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6666647

```
           UNITED STATES
           DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
              SAN DIEGO DIVISION

         # 154182      - TC

           August 18, 2008
              16:08:51


           Civ Fil Non-Pris
    USAO #.: 08CV1516
    Judge..: JANIS L. SAMMARTINO
    Amount.:                $350.00 CK
    Check#.: BC32197



           Total->  $350.00


    FROM: WANDA PODGURSKI
          VS
          FEDERAL INSURANCE CO.
```

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Wanda Podgurski

**DEFENDANTS**
Federal Insurance Co., Pacific Indemnity Co.

**FILED**
08 AUG 18 PM 4:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

08 CV 1516 JLS POR

(b) County of Residence of First Listed Plaintiff: **San Diego Co., CA**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Somerset Co., NJ**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Law Office of Darrell Palmer
N. Highway 101, Suite A #603
Solana Beach, CA 92075
858-792-5600

Attorneys (If Known)
Lewis Brisbois Bisgaard & Smith
550 West C Street, Suite 800
San Diego, CA 92101
619-233-1006

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury - Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury - Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / PERSONAL PROPERTY / [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 480 Consumer Credit |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 371 Truth in Lending | [ ] 690 Other |  | [ ] 490 Cable/Sat TV |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | [ ] 810 Selective Service |
| [X] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 850 Securities/Commodities/Exchange |
| [ ] 195 Contract Product Liability |  | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 196 Franchise |  | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motion to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 892 Economic Stabilization Act |
| [ ] 220 Foreclosure | [ ] 442 Employment / Habeas Corpus: | [ ] 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | [ ] 893 Environmental Matters |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations / [ ] 530 General | IMMIGRATION | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 894 Energy Allocation Act |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 535 Death Penalty | [ ] 462 Naturalization Application |  | [ ] 895 Freedom of Information Act |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment / [ ] 540 Mandamus & Other | [ ] 463 Habeas Corpus - Alien Detainee | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other / [ ] 550 Civil Rights / [ ] 555 Prison Condition | [ ] 465 Other Immigration Actions |  | [ ] 950 Constitutionality of State Statutes |
|  | [ ] 440 Other Civil Rights |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1441(b)

Brief description of cause:
Breach of Contract

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 300,000
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: August 18, 2008
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY
RECEIPT # 154142  AMOUNT $350  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____
JAC  8/18/08

CSDJS44