1  LANE J. ASHLEY, SB# 073296
      E-Mail: ashley@lbbslaw.com
2  JANELLE F. GARCHIE, SB# 118453
      E-Mail: jgarchie@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   550 West "C" Street, Suite 800
4  San Diego, California 92101
   Telephone: (619) 233-1006
5  Facsimile: (619) 233-8627

6  Telephone: (213) 250-1800 (Lane Ashley)
   Facsimile: (213) 250-7900 (Lane Ashley)
7
   Attorneys for Defendants FEDERAL INSURANCE COMPANY and PACIFIC
8  INDEMNITY COMPANY

FILED
08 AUG 18 PM 4:08
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

WANDA PODGURSKI,

   Plaintiff,

   v.

FEDERAL INSURANCE COMPANY,
CHUBB GROUP, and PACIFIC
INDEMNITY COMPANY,

   Defendants.

CASE NO. 08 CV 1516 JLS POR

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

4840-2857-3954.1

-1-

DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

1  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR
2  ATTORNEYS OF RECORD:
3      Neither Federal Insurance Company nor Pacific Indemnity Company are
4  subsidiaries of any parent company nor does any publicly held corporation own
5  10% or more of either corporation's stock.

7  DATED: August 18, 2008    LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Lane J. Ashley
Janelle F. Garchie
Attorneys for Defendants FEDERAL
INSURANCE COMPANY and PACIFIC
INDEMNITY COMPANY