1  LANE J. ASHLEY, SB# 073296
     E-Mail: ashley@lbbslaw.com
2  JANELLE F. GARCHIE, SB# 118453
     E-Mail: jgarchie@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   550 West "C" Street, Suite 800
4  San Diego, California 92101
   Telephone: (619) 233-1006
5  Facsimile: (619) 233-8627

6  Telephone: (213) 250-1800 (Lane Ashley)
   Facsimile: (213) 250-7900 (Lane Ashley)
7
   Attorneys for Defendants FEDERAL INSURANCE COMPANY and PACIFIC
8  INDEMNITY COMPANY

9
                    UNITED STATES DISTRICT COURT
10
                 SOUTHERN DISTRICT OF CALIFORNIA
11

12
   WANDA PODGURSKI,                    ) CASE NO. 08-CV-1516-BTM-POR
13                                      )
               Plaintiff,              ) **SUPPLEMENTAL DISCLOSURE**
14                                      ) **STATEMENT PURSUANT TO**
        v.                             ) **FEDERAL RULE OF CIVIL**
15                                      ) **PROCEDURE 7.1**
   FEDERAL INSURANCE COMPANY,          )
16 CHUBB GROUP, and PACIFIC            )
   INDEMNITY COMPANY,                  )
17                                      )
               Defendants.             )
18 ─────────────────────────────────── )

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

*(left margin, vertical text)* LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR

2  ATTORNEYS OF RECORD:

3      Pacific Indemnity Company is a wholly owned subsidiary of Federal

4  Insurance Company which, in turn, is a wholly owned subsidiary of The Chubb

5  Corporation, a publicly traded company on the New York Stock Exchange.

6

7  DATED:  August 20, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

8

9

10      By _____

11      Lane J. Ashley
        Janelle F. Garchie
12      Attorneys for Defendants FEDERAL
        INSURANCE COMPANY and PACIFIC
13      INDEMNITY COMPANY

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1

## FEDERAL COURT PROOF OF SERVICE

2

*Podgurski v. Federal Insurance Company, et al.*
Case No.: 08-CV-1516-BTM-POR

3

4    STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

5          At the time of service, I was over 18 years of age and not a party to the action. My
6    business address is 550 West C Street, Suite 800, San Diego, CA 92101. I am employed in the
     office of a member of the bar of this Court at whose direction the service was made.

7          On August 20, 2008, I served the following document(s):

8          **SUPPLEMENTAL DISCLOSURE STATEMENT PURSUANT**
           **TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

9

10          I served the documents on the following persons at the following addresses (including fax
     numbers and e-mail addresses, if applicable):

11                                    Darrell Palmer, Esq.
                                      Attorney at Law
12                              603 North Highway 101, Suite A
                                    Solana Beach, CA 92075
13                                    Tel: 858-792-5600
                                      Fax: 858-792-5655
14

15                                   Attorneys for Plaintiff

16          The documents were served by the following means:

17    [X]    (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to
             the persons at the addresses listed above and I deposited the sealed envelope or package
18           with the U.S. Postal Service, with the postage fully prepaid.

19          I declare under penalty of perjury under the laws of the State of California that the above is
     true and correct.

20

21          Executed on August 20, 2008, at San Diego, California.

22

23                                                        Carol A. Chavez

24

25

26

27

28

4815-2431-2834.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006