1 | LANE J. ASHLEY, SB# 073296
   E-Mail: ashley@lbbslaw.com
2 | JANELLE F. GARCHIE, SB# 118453
   E-Mail: jgarchie@lbbslaw.com
3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   550 West "C" Street, Suite 800
4 | San Diego, California 92101
   Telephone: (619) 233-1006
5 | Facsimile: (619) 233-8627

6 | Telephone: (213) 250-1800 (Lane Ashley)
   Facsimile: (213) 250-7900 (Lane Ashley)
7 |
   Attorneys for Defendants FEDERAL INSURANCE COMPANY and PACIFIC
8 | INDEMNITY COMPANY

9 |                UNITED STATES DISTRICT COURT

10 |              SOUTHERN DISTRICT OF CALIFORNIA

11 |

12 | WANDA PODGURSKI,                ) CASE NO. 08-CV-1516-BTM-POR
                                     )
13 |            Plaintiff,           )
                                     ) **CERTIFICATION OF SERVICE OF**
14 |    v.                           ) **NOTICE TO ADVERSE PARTY OF**
                                     ) **REMOVAL TO FEDERAL COURT**
15 | FEDERAL INSURANCE COMPANY,      )
     CHUBB GROUP, and PACIFIC        )
16 | INDEMNITY COMPANY,              )
                                     )
17 |            Defendants.          )
                                     )
18 | ————————————————————————————————)

19 | I, JANELLE F. GARCHIE, certify and declare as follows:

20 |        1.      I am an attorney at law licensed to practice before all of the courts of

21 | the State of California and the United States District Court for the Southern District

22 | of California. I am a partner of the law firm of Lewis Brisbois Bisgaard & Smith

23 | LLP, attorneys of record for defendants Federal Insurance Company ("Federal")

24 | and Pacific Indemnity Company ("Pacific") in the above-entitled action. I have

25 | personal knowledge of the following facts and would testify competently to them

26 | under oath.

27 |        2.      On August 19, 2008, I caused to be filed with the Clerk of the Superior

28 | Court of the State of California for the County of San Diego, a copy of defendants

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

1  Federal and Pacific's Notice That Action Has Been Removed To Federal Court,

2  which included a copy of the complaint, by leaving such a copy with a deputy clerk

3  of the court. A true and correct copy of the file stamped copy of Federal and

4  Pacific's Notice That Action Has Been Removed To Federal Court is attached

5  hereto as Exhibit 1.

6      I declare under penalty of perjury under the laws of the State of California

7  and the United States that the foregoing is true and correct.

8

9  DATED:  August 19, 2008        LEWIS BRISBOIS BISGAARD & SMITH LLP

10

11

12    By _____

13      Lane J. Ashley
       Janelle F. Garchie
       Attorneys for Defendants FEDERAL
14      INSURANCE COMPANY and PACIFIC
       INDEMNITY COMPANY

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

**FEDERAL COURT PROOF OF SERVICE**
Podgurski v. Federal Insurance Company, et al. - File No. 8632-476

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 550 West C Street, Suite 800, San Diego, CA 92101. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On August 19, 2008, I served the following document(s):

1. Certification of Service of Notice to Adverse Party of Removal to Federal Court

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Darrell Palmer, Esq.
Attorney at Law
603 North Highway 101, Suite A
Solana Beach, CA 92075
Tel: 858-792-5600
Fax: 858-792-5655
Attorneys for Plaintiff

The documents were served by the following means:

X]    (BY MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service. (A proof of service executed by the messenger will be filed in compliance with the Code of Civil Procedure.)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 19, 2008, at San Diego, California.

Jeanne P. Farrar

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

4849-3283-9938.1

# EXHIBIT A

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LANE J. ASHLEY, SB# 073296
JANELLE F. GARCHIE, SB# 118453
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone: (619) 233-1006
Facsimile: (619) 233-8627

Telephone: (213) 250-1800 (Lane Ashley)
Facsimile: (213) 250-7900 (Lane Ashley)

Attorneys for Defendants FEDERAL INSURANCE COMPANY and PACIFIC INDEMNITY COMPANY

FILED
CIVIL BUSINESS OFFICE 5
CENTRAL DIVISION

2008 AUG 19  A 11: 57

CLERK-SUPERIOR COURT
SAN DIEGO COUNTY, CA

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO, CENTRAL DIVISION

| | |
|---|---|
| WANDA PODGURSKI, | CASE NO. 37-2008-0077065-CU-BC-CTL |
| Plaintiff, | **NOTICE THAT ACTION HAS BEEN REMOVED TO FEDERAL COURT** |
| v. | |
| FEDERAL INSURANCE COMPANY, CHUBB GROUP, and PACIFIC INDMENITY COMPANY, | |
| Defendants. | ACTION FILED:         January 30, 2008 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA, 92101-3540
TELEPHONE (619) 233-1006

4831-3905-3826.1

-1-

NOTICE THAT ACTION HAS BEEN REMOVED TO FEDERAL COURT

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        NOTICE IS HEREBY GIVEN that on August 18, 2008, defendants Federal Insurance

3  Company and Pacific Indemnity Company removed this action to the United States District Court

4  for the Southern District of California. A true and correct copy of the Notice of Removal of Action

5  Under 28 U.S.C. section 1441(b) (Diversity) that was filed in the federal court is attached hereto as

6  Exhibit "A."

7

8  DATED:  August 16, 2008          LEWIS BRISBOIS BISGAARD & SMITH LLP

9

10

11  By _____
       Lane J. Ashley
12     Janelle F. Garchie
       Attorneys for Defendants FEDERAL INSURANCE
       COMPANY and PACIFIC INDEMNITY COMPANY

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

FILED
CIVIL BUSINESS OFFICE 5

**CALIFORNIA STATE COURT PROOF OF SERVICE**
Wanda Podgurski v. Federal Insurance Company, et al. - File No. 8632-476

2008 AUG 19  A 11: 57

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

CLERK-SUPERIOR COURT

At the time of service, I was over 18 years of age and not a party to the action.  My business address is 550 West "C" Street, Suite 800, San Diego, California  92101.

On August 19, 2008, I served the following document(s):

1.     Notice that Action Has Been Removed to Federal Court with Exhibit "A" - Notice of Removal.

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Darrell Palmer, Esq.
Attorney at Law
603 N. Highway 101, Suite A
Solana Beach, CA 92075
Tel: 858-792-5600
Fax: 858-792-5655
Attorneys for Plaintiff

The documents were served by the following means:

[X]     (BY U.S. MAIL)  I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (specify one):

[ ]     Deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

[X]     Placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with the firm's practice for collection and processing correspondence for mailing.  Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope or package with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 19, 2008, at San Diego, California.

Jeanne P. Farrar

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

4832-8238-1058.1