1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10

11 | WANDA PODGURSKI,                          CASE NO. 08cv1516 BTM (POR)

12 |                              Plaintiff,    **ORDER DECLINING TO REMAND**
                 vs.                          **CASE**
13 | FEDERAL INSURANCE CO., et al.,

14 |                              Defendant.

15          On November 17, 2008, the Court ordered Defendants in this case to show cause why

16    the case should not be remanded to California Superior Court.  Specifically, the Court

17    requested that Defendants file a statement setting forth their principal places of business as

18    a basis for diversity jurisdiction.

19          On December 1, 2008, Defendants Federal Insurance Company ("Federal") and

20    Pacific Indemnity Company ("Pacific") filed their response.  The Court is satisfied that

21    Defendants have demonstrated that their principal places of business are not located in

22    California.

23          Federal courts generally use either the "place of operations" test or the "nerve center"

24    test to determine a corporation's principal place of business.  <u>Tosco v. Communities for a

25    Better Environment</u>, 236 F.3d 495, 500 (9th Cir. 2001).  Using the "place of operations" test,

26    a corporation's principal place of business is located in the state where the substantial

27    predominance of its business activity takes place.  <u>Id.</u>  Courts look to factors including the

28    location of employees, tangible property, production activities, sources of income, and where

1

1   sales take place to determine whether a corporation's substantial predominance of business

2   activity is in any given state.  Id.  In the Ninth Circuit, courts only use the "nerve center" test

3   when no state contains a substantial predominance of the corporation's business.  Id.  The

4   "nerve center" test places a corporation's principal place of business where the majority of

5   its executive and administrative functions are performed.  Id.

6          Using the "place of operations test, the Court finds it unclear where the substantial

7   predominance of Pacific's business activity is located.  Since Pacific has no employees and

8   no tangible property, the Court looks to the location of its sources of income, place of sales,

9   and executive and administrative offices.  New York accounts for the largest monetary

10  amount of Pacific's direct written premiums, followed by Massachusetts.  Pacific's greatest

11  per capita revenue is located in Massachusetts, followed by New York.  Pacific's executive

12  and administrative functions are located in New Jersey.  Thus, the Court finds that no state

13  contains a substantial predominance of Pacific's business activity.  The Court employs the

14  "nerve center" test and holds that New Jersey, the location of its corporate headquarters,

15  qualifies as Pacific's principal place of business.

16         Using either the "place of operations" test or the "nerve center" test, Defendants make

17  clear that Federal's principal place of business is not California.  The largest number of

18  Federal employees are located in New York.  Federal also draws the most direct written

19  premiums and per capita revenue from New York.  But, the majority of Federal's tangible

20  property is in New Jersey, as are its executive and administrative functions.  Thus, it is

21  unclear whether the substantial predominance of Federal's business is located in New York

22  or New Jersey.  Using the "nerve center" test, Federal's principal place of business is in New

23  Jersey.  Regardless of the test used, Federal has adequately shown that California is not

24  Federal's principal place of business.

25  ///

26  ///

27  ///

28  ///

08cv1516 BTM (POR)

1    For the reasons stated above, the Court is satisfied that Defendants Federal and

2  Pacific have demonstrated diversity of citizenship.  The Court therefore declines to remand

3  this case to the Superior Court.

4  **IT IS SO ORDERED.**

5  **DATED:**  December 22, 2008

6

7  **Honorable Barry Ted Moskowitz**
   **United States District Judge**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28